IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

JEREMY RUSSELL CORNETT,

    Plaintiff,

v.                                         2:24-CV-11-Z-BR

ROLAND SAUL, *et al.*,

    Defendants.

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION**

Before the Court are the findings, conclusions, and recommendation of the United States Magistrate Judge ("FCR") (ECF No. 6), filed March 4, 2024, to dismiss Plaintiff's Complaint pursuant to 42 U.S.C. Section 1983 (ECF No. 1). The FCR recommended dismissal for failure to comply with the Court's January 17, 2024 Notice of Deficiency ("Notice") (ECF No. 5). ECF No. 6 at 2.

That Notice required Plaintiff to: (1) either submit a properly completed *In Forma Pauperis* data sheet or pay the $402 filing fee; (2) amend his Complaint by using the Court-provided form for Section 1983 claims; and (3) provide copies of his grievance forms related to his Complaint. ECF No. 5 at 2–4. And it was clear that "[a]ny failure by Plaintiff to cure the deficiency or deficiencies noted above will result in the dismissal of Plaintiff's complaint without further notice." *Id.* at 5. But Plaintiff cured only one of these deficiencies over a month past the Court's February 17, 2024 deadline. *See* ECF Nos. 6 at 1 (requiring cured deficiencies by February 17, 2024); 7 (amending complaint on March 18, 2024).

Based on the foregoing, and because Plaintiff did not otherwise file objections to the FCR, the Court concludes that the findings, conclusions, and recommendation of the Magistrate Judge are correct. It is therefore **ORDERED** that the FCR be **ADOPTED** and the case **DISMISSED** without prejudice.

**SO ORDERED.**

April 3, 2024.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE